UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ROGER TANNER,                          )
                                       )
          Plaintiff                    )
                                       )        No. 3:13-0042
v.                                     )        Judge Campbell/Brown
                                       )        **Jury Demand**
DONALD OGDEN and WILLIAM MURRAY,       )
                                       )
          Defendants                   )

<u>**O R D E R**</u>

The Magistrate Judge has received the Plaintiff's response to the Court's show cause order (Docket Entry 9).

The monetary sanction remains and will be paid to the Clerk of Court. The Magistrate Judge will not recommend that this case be dismissed at this stage. However, the Magistrate Judge remains concerned that there is no explanation of the status of service on the Defendants Ogden and Murray. Plaintiff's counsel is reminded that under Rule 4(m), absent an extension granted by the Court, service of process must be obtained within 120 days.

The initial case management conference is reset for **Monday, May 6, 2013, at 10:00 a.m., Courtroom 783.** Counsel for the Plaintiff is responsible for serving a copy of the notice of setting of the initial case management conference on each of the Defendants (Docket Entry 2).

It is so **ORDERED.**

/s/   Joe B. Brown
JOE B. BROWN
United States Magistrate Judge