**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| **ROGER TANNER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **DOCKET NO. 3:13-cv-0042** |
| | ) | **JURY DEMAND** |
| **DONALD OGDEN and** | ) | |
| **WILLIAM MURRAY,** | ) | |
| **Defendants.** | ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Roger

Tanner hereby voluntarily dismisses the above-styled action against the Unnamed Defendant

Permanent General Assurance Corporation of Ohio without prejudice.


Respectfully submitted,

LAW OFFICE OF JOE NAPILTONIA


*/s/ Joe Napiltonia*
Joe Napiltonia, #26881
219 Third Avenue North
Franklin, Tennessee 37064
Telephone: (615) 734-1199
Facsimile: (615) 534-4141
joenap@navyseallawyer.com

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that on March 9, 2013, a copy of Plaintiff's Notice of Voluntary Dismissal without prejudice was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Chris Richardson, Esq.
2636 Elm Hill Pike, Suite 520
Nashville, Tennessee 37214

*/s/ Joe Napiltonia*
Joe Napiltonia