IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROGER TANNER | ) |
| | ) |
| v. | ) NO. 3-13-0042 |
| | ) JUDGE CAMPBELL |
| DONALD OGDEN and | ) |
| WILLIAM MURRAY | ) |

ORDER

Pending before the Court is Defendant William Murray's Motion for Summary Judgment (Docket No. 34). For the reasons stated in the accompanying Memorandum, Defendant Murray's Motion is DENIED. This matter remains set for a jury trial on August 26, 2014.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE