```
UNITED STATES DISTRICT COURT
  MIDDLE DISTRICT OF TENNESSEE
       NASHVILLE DIVISION
```

ROGER TANNER,                    )
                                 )
        Plaintiff                )
                                 )    No. 3:13-0042
v.                               )    Judge Campbell/Brown
                                 )    **Jury Demand**
DONALD OGDEN and WILLIAM MURRAY, )
                                 )
        Defendants               )

### O R D E R

It appears that all deadlines in this case have passed except for the possibility of taking certain depositions for proof at trial.

The parties are advised that the Magistrate Judge stands ready to assist with alternative dispute resolution (ADR) at their request. Absent the request for ADR it is the Magistrate Judge's intention to certify this matter as ready for trial and transmit the file to Judge Campbell on or about June 20, 2014.

It is so **ORDERED**.

/s/   Joe B. Brown
JOE B. BROWN
United States Magistrate Judge