IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROGER TANNER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Docket No. 3:13-cv-0042 |
| WILLIAM MURRAY, | ) ) ) |
| Defendant. | ) |

## NOTICE OF REASONABLENESS OF MEDICAL BILLS

Comes now, Plaintiff Roger Tanner, and files this Notice of Reasonableness of incurred medical expenses pursuant to T.C.A. § 24-5-113(b)(1) and sets forth an itemization of medical bills he has incurred to date as a result of the injuries sustained due to the alleged negligence of the defendant. An itemization of all charges as well as a copy of all medical bills is attached as Exhibit A to this Notice of Reasonableness which total $41,651.31.

Respectfully submitted,

HARDEE, MARTIN & DONAHOE, P.A.

/s/ Joseph A. Napiltonia
Joseph A. Napiltonia, #26881
219 Third Avenue North
Franklin, Tennessee 37064
Telephone: (615) 734-1199
Facsimile: (615) 534-4141
joenap@navyseallawyer.com

*Attorney for Plaintiff Roger Tanner*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 7, 2014, a copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will end notification of such filing to the following:

John R. Tarpley, Esq.
Bradford D. Telfeyan, Esq.
Lewis Thomason
424 Church Street, Suite 2500
P.O. Box 198615
Nashville, Tennessee 37219

*Attorneys for Defendant William Murray*

*/s/ Joseph A. Napiltonia*
Joseph A. Napiltonia