**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**MIDDLE DIVISION**

| | | |
|---|---|---|
| ROGER TANNER | ) | |
| | ) | |
| Plaintiff, | ) | No.: 3:13-CV-00042 |
| | ) | |
| v. | ) | JURY DEMAND |
| | ) | |
| DONALD OGDEN and WILLIAM MURRAY | ) | JUDGE CAMPBELL |
| | ) | MAGISTRATE JUDGE BROWN |
| | ) | |
| Defendants. | ) | |

**REPORT OF THE PARTIES**

Come now the parties, by and through counsel, and provide this report to the Court concerning the parties' efforts toward resolution of this case. On April 30, 2014, the parties conducted a mediation of this matter with former Circuit Court Judge, John A. Turnbull. Both of the parties participated in the mediation in good faith, but at the conclusion of the mediation, a settlement could not be reached.

       Respectfully submitted,

       HARDEE, MARTIN & DONAHOE, PA


       By: /s/ Joseph A. Napiltonia
           Joseph A. Napiltonia, BPR # 268811
           219 Third Avenue North
           Franklin, TN 37064
           Phone: (615) 734-1199
           Email: joenap@navyseallawyer.com

       Attorney for Plaintiff Roger Tanner

LEWIS THOMASON


By: /s/ John R. Tarpley
    John R. Tarpley, BPR # 9661
    Bradford D. Telfeyan, BPR #24744
    424 Church Street, Suite 2500
    P.O. Box 198615
    Nashville, TN 37219-8615
    Phone: (615) 259-1366
    Fax: (615) 259-1389
    Email: jtarpley@lewisthomason.com

    Attorneys for Defendant William Murray

## CERTIFICATE OF SERVICE

I hereby certify that on this the 14th day of May, 2014, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

Joseph A. Napiltonia, Esq.
Hardee, Martin & Donahoe, PA
213 5th Ave., N. Suite 300
Nashville, TN 37219


/s/ John R. Tarpley