IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ROGER TANNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | DOCKET NO. 3:13-cv-0042 |
| | ) | JURY DEMAND |
| WILLIAM MURRAY, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF VIDEOTAPE DEPOSITION

Please take notice that plaintiff, Roger Tanner, in accordance with the Federal Rules of Civil Procedure 26 and 30, will take the deposition upon oral examination of David W. Gaw, M.D. at Southern Hills Medical Center located at 397 Wallace Road, Suite 301, BLDG. C, Nashville, Tennessee 37211 on **Monday, July 28, 2014 at 1:00 p.m.** The deposition shall continue from day to day thereafter until completed, and shall be recorded by stenographic means and a videographer. Plaintiff further gives notice that this deposition may be used at the time of trial.

Respectfully submitted,

*/s/ Joseph A. Napiltonia*
Joseph A. Napiltonia, BPR No. 26881
219 Third Avenue North
Franklin, Tennessee 37064
Telephone: (615) 734-1199
Facsimile: (615) 534-4141
joenap@navyseallawyer.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served via U.S. Mail, postage pre-paid on this 19th day of May, 2014 upon:

John R. Tarpley
Bradford D. Telfeyan
Lewis Thomason
424 Church Street, Suite 2500
P.O. Box 198615
Nashville, TN 37219-8615

*Attorneys for Defendant William Murray*

    */s/ Joseph A. Napiltonia*
    Joseph A. Napiltonia