```
UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
         NASHVILLE DIVISION


ROGER TANNER,                    )
                                 )
        Plaintiff,               )
                                 )
        v.                       )   NO.: 3:13-cv-0042
                                 )   Judge Campbell/Brown
WILLIAM MURRAY,                  )   Jury Demand
                                 )
        Defendant.               )
```

## O R D E R

This case has been on referral to the undersigned for case management. It appears from the docket that all deadlines have now passed and there are no pending motions before the Magistrate Judge. A Jury Trial is set before Judge Campbell on August 26, 2014 and a Pretrial Conference is set on August 18, 2014.

Inasmuch as there appear to be no further proceedings to be conducted before the Magistrate Judge, the Clerk is **DIRECTED** to term the referral and transmit this file to Judge Campbell.

It is so **ORDERED**.

```
                                     /s/ Joe B. Brown
                                     JOE B. BROWN
                                     United States Magistrate Judge
```