# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# MIDDLE DIVISION

| | |
|---|---|
| ROGER TANNER, | ) |
| | ) |
| Plaintiff, | ) No.: 3:13-CV-00042 |
| | ) |
| v. | ) JURY DEMAND |
| | ) |
| | ) JUDGE CAMPBELL |
| WILLIAM MURRAY, | ) MAGISTRATE JUDGE BROWN |
| | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

Come now the Parties, by and through counsel, and provides notice to the Court that all issues in the matter have been settled. The settlement is being effected now, and a proposed Order of Compromise and Dismissal will be filed by August 26, 2014.

Respectfully submitted,

By: /s/ John B. Stark
   John B. Stark, BPR # 5604
   4207 Lebanon Road, Suite 201
   Hermitage, TN 37076

Attorney for Plaintiff Roger Tanner

LEWIS THOMASON

By: /s/ John R. Tarpley
   John R. Tarpley, BPR # 9661
   Bradford D. Telfeyan, BPR #24744
   424 Church Street, Suite 2500
   Nashville, TN 37219-8615
   Phone: (615) 259-1366

Attorneys for Defendant William Murray

## CERTIFICATE OF SERVICE

I hereby certify that on this the 14th day of August, 2014, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

Joseph A. Napiltonia, Esq.
Law Office of Joe Napiltonia
213 5th Ave., N. Suite 300
Nashville, TN 37219

Mark S. LeVan, Esq.
Levan, Sprader, Patton & McCaskill, PLLC
150 4th Avenue North
Suite 1020
Nashville, TN 37219

John B. Stark, Esq.
4207 Lebanon Road, Suite 201
Hermitage, TN 37076

/s/ John R. Tarpley