IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROGER TANNER | ) |
| | ) |
| v. | ) NO. 3-13-0042 |
| | ) JUDGE CAMPBELL |
| DONALD OGDEN and | ) |
| WILLIAM MURRAY | ) |

ORDER

The parties have filed a Notice of Settlement (Docket No. 51), indicating that all issues in this case have been settled. Therefore, the pretrial conference set for August 18, 2014, is canceled. The jury trial remains set for August 26, 2014, however, so the parties shall file their Agreed Order of Dismissal by August 25, 2014.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE